# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2864
_____

DEDRICK PIERCE,

  Appellant,

  v.

KILYN CONSTRUCTION, INC., and
FRSA SELF INSURERS FUND,
INC.,

  Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
John J. Lazzara, Judge.

Date of Accident: October 10, 2012.

June 21, 2018

PER CURIAM.

  AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Paul M. Anderson of Anderson & Hart, P.A., Tallahassee, for Appellant.

Diane H. Tutt of Conroy Simberg, Hollywood, for Appellees.